RUTH A. JOHNSTONE, Appellant, *v.* EUGENE F. O'CONNOR, Respondent.

*Johnstone* v. *O'Connor*, 21 App. Div. 77, affirmed.
(Argued March 1, 1900; decided April 17, 1900.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department,

entered December 17, 1897, affirming a judgment in favor of defendant entered upon the report of a referee.

*John L. Hill* and *William D. Veeder* for appellant.

*Edward C. Boardman* for respondent.

Judgment and order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.